# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SJ PROPERTIES SUITES, BUYCO, EHF;
SJ FASTEIGNIR, EHF; and,
ASKAR CAPITAL, HF;

                Plaintiffs,

and,

SETH E. DIZARD,
Court-Appointed Receiver of DOC Milwaukee LP;

                Intervenor Plaintiff,

  v.                                                Case No. 09-C-0533
                                                     (Consolidated with
                                                     Case No. 09-C-0569)

STJ, P.C., d/b/a ECONOMOU PARTNERS;
EP MILWAUKEE, LLC;
ECONOMOU PARTNERS
CONSTRUCTION, INC.;
JOHN W. ECONOMOU;
STEVE J. ECONOMOU; and,
THOMAS V. ECONOMOU;

                Defendants.

STJ, P.C., d/b/a ECONOMOU PARTNERS;
EP MILWAUKEE, LLC;
ECONOMOU PARTNERS
CONSTRUCTION, INC.;
JOHN W. ECONOMOU;
STEVE J. ECONOMOU; and,
THOMAS V. ECONOMOU;

                Counterclaimants,

v.

**SJ PROPERTIES SUITES, BUYCO, EHF;**

       **Counterclaim Defendant.**

---

**SJ PROPERTIES SUITES, BUYCO, EHF;**

       **Plaintiff - Counterclaim Defendant,**

**and,**

**SETH E. DIZARD,**
**Court-Appointed Receiver of DOC**
**Milwaukee LP;**

       **Intervenor Plaintiff,**

   **v.**

**EP MILWAUKEE, LLC;**

       **Defendant-Counterclaimant.**

## DECISION AND ORDER

The Defendants filed an emergency motion to stay discovery pending the outcome of summary judgment motions. They cite Civil Local Rule 7(h), but contrary to the Rule have not designated their motion as a "Civil L.R. 7(h) Expedited Non-Dispositive Motion."

The motion relates in part to depositions scheduled for tomorrow March 16, through Thursday, March 18, 2010, which necessitates a prompt ruling. The motion is denied

because the pendency of summary judgment motions is not a sufficient reason for a stay of discovery.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

The Defendants' emergency motion to stay discovery is (Docket No. 127) is **DENIED**.

Dated at Milwaukee, Wisconsin this 15th day of March, 2010.

                    **BY THE COURT**

                    *s/ Rudolph T. Randa*
                    **Hon. Rudolph T. Randa**
                    **U.S. District Judge**