# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SJ PROPERTIES SUITES, BUYCO, EHF;**
**SJ-FASTEIGNIR EHF; and**
**ASKAR CAPITAL, HF;**

        Plaintiffs,

  and

**SETH E. DIZARD,**
**Court-Appointed Receiver of DOC Milwaukee LP;**

        Intervenor Plaintiff,

    V.                       CASE NUMBER: **09-C-533**
                                  (Consolidated with
                                  Case Number **09-C-569**)

**STJ, P.C., d/b/a ECONOMOU PARTNERS;**
**EP MILWAUKEE, LLC;**
**ECONOMOU PARTNERS CONSTRUCTION, INC.;**
**JOHN W. ECONOMOU;**
**STEVE J. ECONOMOU; and**
**THOMAS V. ECONOMOU;**

        Defendants.

**EP MILWAUKEE, LLC;**

        Counterclaimant,

    V.

**SJ PROPERTIES SUITES, BUYCO, EHF;**

        Counterclaim Defendant.

**SJ PROPERTIES SUITES, BUYCO, EHF;**

        **Plaintiff - Counterclaim Defendant,**

and

**SETH E. DIZARD,**
**Court-Appointed Receiver of DOC Milwaukee, LP;**

        **Intervenor Plaintiff,**

V.

**EP MILWAUKEE, LLC;**

        **Defendant-Counterclaimant.**

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** These actions came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the motions of the plaintiffs and the intervenor plaintiff to dismiss without prejudice their claims against the defendants for theft by contractor, recoupment, fraudulent transfer, and against defendant EP Milwaukee, LLC for declaratory relief, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, are GRANTED.**

**The motions of the plaintiffs and the intervenor plaintiff to dismiss defendant EP Milwaukee, LLC's counterclaims against SJ Properties Suites, BuyCo, ehf under § 17-502 of the Delaware Revised Uniform Limited Partnership Act, for breach of its duty of good faith and fair dealing, and for breach of fiduciary duty, for failure to prosecute under Federal Rules of Civil Procedure 41(b) and 41(c), are GRANTED.**

**These actions are hereby DISMISSED.**

| September 30, 2011 | JON W. SANFILIPPO |
|---|---|
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |